IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GARY ROUNDTREE, OLLIE DAILEY, GERRY LEWIS, ANTONIO JAMES, COREY POLITE, HEATHER DAVIS, LATOYA STUART, SYLVIA MATTHEWS, MARIAN PAYNE, and BILLY KELLY, | §§§§§§§ | |
| *Plaintiffs*, | §§ | Civil Action 3:22-cv-2675 |
| vs. | §§ | |
| RAYTHEON TECHNOLOGIES CORP., | §§ | **JURY DEMANDED** |
| *Defendant.* | §§ | |

## <u>ORDER GRANTING MOTION TO COMPEL</u>

THIS MATTER is before the Court on Plaintiff's opposed Motion to Compel Defendants to answer interrogatories and produce documents, filed on April 12, 2024. For the reasons stated in the Motion and for good cause shown, the Court grants the motion.

IT IS THEREFORE ORDERED that Defendant Raytheon shall provide interrogatory answers and documents as follows:

## INTERROGATORIES

Having considered the motion, the Court finds it should be **GRANTED** as follows:

As to Interrogatory No. 1:

> **GRANTED:**_____ **DENIED:**_____

As to Interrogatory No. 2:

> **GRANTED:**_____ **DENIED:**_____

As to Interrogatory No. 3:

        **GRANTED:**_____    **DENIED:**_____

As to Interrogatory No. 4:

        **GRANTED:**_____    **DENIED:**_____

As to Interrogatory No. 8:

        **GRANTED:**_____    **DENIED:**_____

### REQUESTS FOR PRODUCTION

Having considered the motion, the Court finds it should be **GRANTED** as follows:

As to Request for Production No. 2:

        **GRANTED:**_____    **DENIED:**_____

As to Request for Production No. 7:

        **GRANTED:**_____    **DENIED:**_____

As to Request for Production No. 8:

        **GRANTED:**_____    **DENIED:**_____

As to Request for Production No. 9:

        **GRANTED:**_____    **DENIED:**_____

As to Request for Production No. 10:

        **GRANTED:**_____    **DENIED:**_____

As to Request for Production No. 11:

        **GRANTED:**_____    **DENIED:**_____

As to Request for Production No. 16:

        **GRANTED:**_____    **DENIED:**_____

As to Request for Production No. 20:

**GRANTED:**_____ **DENIED:**_____

As to Request for Production No. 21:

**GRANTED:**_____ **DENIED:**_____

Responses to be produced under this Order must be produced within 21 days of entry of this Order.

Dated: _____

_____
THE HONORABLE BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE FOR THE
NORTHERN DISTRICT OF TEXAS