IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GARY ROUNDTREE et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:22-cv-02675-M |
| RAYTHEON TECHNOLOGIES CORP., | § § § | |
| Defendant. | § § § | |

## ORDER OF SEVERANCE OF AND REASSIGNMENT

On March 28, 2024, the Court entered an Order granting in part the unopposed Motion to Sever (ECF No. 54) the claims of Plaintiffs Heather Davis, Latoya Stuart, Silvia Matthews, Marian Payne, and Billy Kelly ("Accountant Plaintiffs") from the claims of Plaintiffs Gary Roundtree, Ollie Dailey, Gerry Lewis, Antonio James, and Corey Polite ("Machinist Plaintiffs"). ECF No. 56. The Court did not sever the claims, but determined that the claims of the Accountant Plaintiffs would "be tried separately from the claims of the other Plaintiffs" and set the claims of the two sets of Plaintiffs for trial on different dates.

On August 27, 2024, the Court was notified that a settlement of the claims of the Machinist Plaintiffs was reached. ECF No. 98. On September 11, 2024, the Accountant Plaintiffs filed an Amended Complaint against Defendant Raytheon Technologies Corp. ECF No. 106.

Because the Machinist Plaintiffs have settled with Raytheon, but the Accountant Plaintiffs are still pursuing their claims and have consented to the transfer of their claims to Magistrate Judge Horan, it is **ORDERED** that the Clerk of Court will sever the claims of the

1

Accountant Plaintiffs from those of the Machinist Plaintiffs. The claims of the Machinist Plaintiffs shall be assigned a new case number, and be directly assigned to this Court. The Clerk of Court is to include in the new case copies of all docketed matters in this action, up to and including the Alternative Dispute Resolution Summary (ECF No. 99) and this Order of severance and reassignment.

In light of the non-settling parties' consent to proceed before the Magistrate Judge, this case is reassigned to Magistrate Judge David Horan. Judge Horan will conduct all further proceedings, including the entry of judgment, in accordance with 28 U.S.C. § 636(c) and the consent of the parties. Any scheduling issues will be addressed by Judge Horan.

**IT IS FURTHER ORDERED** that the Machinist Plaintiffs shall file executed dismissal papers within three weeks of the date of this Order.

**SO ORDERED**.

September 24, 2024.

*[signature]*
BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE