IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HEATHER DAVIS, LATOYA STUART, SYLVIA MATTHEWS, MARIAN PAYNE, and BILLY KELLY, <br><br> *Plaintiffs*, <br><br> vs. <br><br> RAYTHEON TECHNOLOGIES CORP., <br><br> *Defendant*. | Civil Action 3:22-cv-2675-BN <br><br> JURY DEMANDED |

## MOTION TO DISMISS WITH PREJUDICE

Plaintiffs Heather Davis, Latoya Stuart, Sylvia Matthews, Marian Payne, and Billy Kelly (collectively, "Plaintiffs") file this Motion to Dismiss and in support thereof, state that all matters in controversy between Heather Davis and Defendant Raytheon Technologies Corp. ("Defendant" or "Raytheon") in the above referenced cause have been fully and finally resolved. Claims asserted by Plaintiffs Latoya Stuart, Sylvia Matthews, Marian Payne, and Billy Kelly against Defendant are still pending.

WHEREFORE, the Plaintiffs Heather Davis, Latoya Stuart, Sylvia Matthews, Marian Payne, and Billy Kelly request that each and every claim asserted by Heather Davis be dismissed in their entirety with prejudice.

DATE: November 27, 2024							Respectfully submitted,

                */s/ Elizabeth J. Sanford*
                Brian P. Sanford
                Texas Bar No. 17630700
                bsanford@sanfordfirm.com
                Elizabeth "BB" Sanford
                Texas Bar No. 24100618
                esanford@sanfordfirm.com

                **THE SANFORD FIRM**
                1910 Pacific Ave., Suite 15400
                Dallas, TX 75201
                Ph: (214) 717-6653
                Fax: (214) 919-0113

                **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

   I hereby certify that on November 27, 2024, I electronically served the foregoing document on all counsel of record via the Court's electronic filing system.

                */s/ Elizabeth J. Sanford*